**Motion GRANTED and Order filed December 23, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00849-CV

_____

## IN RE 4X INDUSTRIAL, LLC, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-65517**

## ORDER

On December 22, 2020, relator 4X Industrial, LLC filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Steven Kirkland, Judge of the 334th District Court, in Harris County, Texas, to set aside his December 13, 2020 order granting the motion to compel responses to real party in interest Russell Marine, LLC's first set of requests for production of documents to the extent the order overrules relator's objections to certain specified requests for

production.  The December 13, 2020 order was entered in trial court number 2019-65517, styled *Russell Marine, LLC v. Estebab Ruiz, Frank Thielen, and 4X Industrial, LLC*.

Relator also has filed a motion for temporary stay of proceedings below.  *See* Tex. R. App. P. 52.8(b), 52.10.  On December 22, 2020, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted.  We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the December 13, 2020 order entered in trial court cause number 2019-65517, *Russell Marine, LLC v. Esteban Ruiz, Frank Thielen, and 4X Industrial, LLC*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real party in interest Russell Marine, LLC to file a response to the petition for writ of mandamus on or before January 20, 2021.  *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.